**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| ASHLEY SHAW *et al.*, | : | |
| Plaintiffs, | : | |
| | : | Case No. 3:25-cv-220 |
| v. | : | |
| | : | Judge Thomas M. Rose |
| HANNAH SUSHI, INC. *et al.*, | : | |
| Defendants. | : | |

**ENTRY AND ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL VOLUNTARY DISMISSAL (DOC. NO. 38)**

Before the Court is Plaintiffs' Motion and Memorandum for Partial Voluntary Dismissal of Defendants Akashi Sushi, Inc. and Min Chuan Peng (a.k.a. James Peng) with Prejudice ("Plaintiffs' Motion") (Doc. No. 38). Following a settlement reached between Plaintiffs and Defendants Akashi Sushi, Inc. and Min Chuan Peng (a.k.a. James Peng), Plaintiffs moved for dismissal of said defendants pursuant to Federal Rule of Civil Procedure 21. (*Id.* at PageID 177.) Plaintiffs' Motion is unopposed. (*Id.*) Accordingly, the Court **GRANTS** Plaintiffs' Motion (Doc. No. 38) and **DISMISSES** Defendants Akashi Sushi, Inc. and Min Chuan Peng (a.k.a. James Peng) **WITH PREJUDICE**. Plaintiffs' remaining claims, including those as to Defendants Hannah Sushi, Inc. and Hanxiao Wang, are left intact.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, October 20, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE